UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MEREDITH MONOHAN DEANE, | CIVIL ACTION |
| VERSUS | NO. 10-2085 |
| DYNASPLINT SYSTEMS, INC. and GEORGE HEPBURN | SECTION "N" (2) |

**ORDER**

Presently before the Court is Defendants' "Motion to Waive Requirements for Local Co-Counsel" (Rec. Doc. 78). Considering the motion,

**IT IS ORDERED** that the motion is hereby **DENIED WITHOUT PREJUDICE**. There has not been an adequate particular showing that requiring local counsel would significantly "increase the financial burden and render more difficult the defendants' ability to contest these claims" (Rec. Doc. 78 at p.1), pursuant to LR 83.2.6(A).

New Orleans, Louisiana, this 31st day of October 2014.

_____
**KURT D. ENGELHARDT**
**United States District Judge**

1