# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION NO. 10-2085 |
| *ex rel.* MEREDITH MONAHAN DEANE | : | |
| | : | SECTION: "N" (2) |
| v. | : | |
| | : | JUDGE ENGELHARDT |
| DYNASPLINT SYSTEMS, INC., and | : | |
| GEORGE HEPBURN | : | MAGISTRATE WILKINSON |
| | : | |

## ORDER

Before the Court is plaintiff-in-intervention, the United States of America, and Relator, Meredith Monahan Deane's, consent motion for partial dismissal under Fed. R. Civ. P. 41(a)(2) and 31 U.S.C. § 3730(b)(1);

**IT IS ORDERED** that the United States and Deane's motion for partial dismissal is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the captioned matter is partially **DISMISSED WITH PREJUDICE** subject to the terms of the Settlement Agreement executed by the Parties on December 16-18, 2015.

**IT IS FURTHER ORDERED** that counsel for Deane and Defendants contact the assigned United States Magistrate Judge to schedule a motion to determine Defendants' obligations to pay Relator's statutory attorney's fees, costs, and expenses pursuant to 31 U.S.C. § 3730(d).

New Orleans, Louisiana, this 22nd day of December, 2015.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**